UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SPRIGGS, ET AL.,

    Plaintiffs,

v.

KEVIN SHANLIAN, ET AL.,

    Defendants.
_____/

No. 12-14918

District Judge Nancy G. Edmunds

Magistrate Judge R. Steven Whalen

## ORDER

Before the Court is Defendant Jason Piercey's Motion to Compel Reponses to Interrogatories [Doc. #39].  On February 24, 2014, I filed a Report and Recommendation ("R&R"), recommending that Defendant Piercey be dismissed [Doc. #56]. If that recommendation is adopted, Piercey will be dismissed, and his request for discovery responses will be moot.

Accordingly, Defendant Piercey's Motion to Compel [Doc. #39] is DENIED WITHOUT PREJUDICE.  If, following review of my R&R, Piercey is not dismissed, he may renew the present motion.

    IT IS SO ORDERED.

Date: March 11, 2014

                                             s/R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that copy of the foregoing document was sent to parties of record on March 11, 2014, electronically and/or by U.S. Mail.

                                             s/Michael Williams
                                             Case Manager to the
                                             Honorable R. Steven Whalen